# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant. | Civil Case No. 23-589 |

## JOINT STATUS REPORT

In this Freedom of Information Act case against the National Archives and Records Administration, Plaintiffs seek records related to the announcement that classified documents were found within the offices of the Penn Biden Center for Diplomacy and Engagement. *See* Compl. ¶ 1 (ECF No. 1). NARA granted the request expedited processing pursuant to 36 C.F.R. § 1250.28(a)(3). NARA completed its response to Plaintiffs' request on November 5, 2024.

Plaintiffs are still reviewing NARA's response. After Plaintiffs have completed their review, the parties will renew the meet and confer process in the hopes of narrowing or avoiding any further disputes. Pursuant to the Court's April 9, 2024, Minute Order, the parties will file another joint status report on or before March 7, 2025, if the case has not been dismissed by then.

Dated: February 5, 2025                           Respectfully submitted,

/s/ *Samuel Everett Dewey*
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

*Counsel for Plaintiffs*

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Ross Slaughter*
ROSS SLAUGHTER
(NC Bar # 58086)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 616-8185
Ross.M.Slaughter@usdoj.gov

*Counsel for Defendant*