IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>Defendant. | Civil Case No. 23-589 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Heritage Foundation and Mike Howell and Defendant National Archives and Records Administration, by and through their respective counsel, hereby stipulate and agree to the dismissal of this action with prejudice. Each side will bear its own fees and costs.

Dated: February 20, 2025

Respectfully submitted,

/s/ *Eric Neal Cornett*
ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
70 I Street SE, Apt 525
Washington, D.C. 20003
Telephone: 606 275-0978
Email: neal@cornettlegal.com

SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

MAX TAYLOR MATHEU
(No. 90019809)
Max Taylor Matheu

2525 N George Mason Dr.
Arlington, VA 20007
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Ross Slaughter*
ROSS SLAUGHTER
(NC Bar # 58086)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 616-8185
Ross.M.Slaughter@usdoj.gov

*Counsel for Defendant*